**DENY and Opinion Filed July 14, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00425-CV**

**IN RE JOHN MICHAEL FITZPATRICK, Relator**

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50901-2020**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Relator's May 4, 2022 petition for writ of mandamus challenges the trial court's "Temporary Orders Pending Appeal." Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

After reviewing the petition and the record before us, we conclude that relator has not shown his entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus.

220425f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE